# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO
# U.S. MAGISTRATE JUDGE MINUTE ENTRY

**(X) Initial Appearance**
**(X) Arraignment**
(X) Detention

| | |
|---|---|
| MAGISTRATE JUDGE: Mikel H. Williams | DATE: February 5, 2018 |
| DEPUTY CLERK: Sherri O'Larey | TIME: 1:27 - 1:33 p.m. |
| ESR: S. O'Larey | Boise, IDAHO |

UNITED STATES OF AMERICA vs. Raul Efrain Lopez
18-cr-00018-EJL-1

Counsel for:   United States (AUSA): Raymond Patricco
              Defendant: Melissa Winberg, Federal Defender
              Probation: Lisa Melchert
              Interpreter: not needed

(X) Defendant appears on a writ.
(X) Constitutional Rights advised.
(X) Maximum Penalties Provided.
(X) Defendant sworn, Financial Affidavit reviewed and Court appointed Federal Defender to represent the defendant.
(X) Indictment    ( ) Information    ( ) Complaint
   (X) Copy furnished to defendant/understands the charges and maximum penalties
   ( ) Read by Clerk    (X) Waived Reading  ( ) Read by Interpreter


(X ) PLEA: NOT GUILTY

(X) Parties made elections and Procedural Order entered.  Jury Trial is set for 9:30 AM, April 10, 2018, before Judge Edward J. Lodge, at Boise, Idaho.  Telephone Pretrial Readiness Conference to be set if deemed necessary.

(X) Defendant advised of his rights to a Detention hearing and signed waiver of detention.

(X) Court entered Order of Detention.

(X) Defendant waives his right to remain in Federal custody.

(X) Assertion of 5th and 6th Amendment Rights provided for filing.

(X) Defendant remanded to the custody of the U.S. Marshal.