IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No.: CR18-018-S-EJL |
| ) | |
| Plaintiff, ) | DEFENDANT'S WAIVER OF RIGHT |
| ) | TO REMAIN IN FEDERAL CUSTODY |
| vs. ) | PRIOR TO TRIAL IN FEDERAL COURT |
| ) | |
| Raul Efrain Lopez Jr., ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |

The defendant in the above-entitled action has been sentenced to serve a term of imprisonment by a state court in the State of Idaho. The defendant is serving that sentence at this time.

Federal charges are pending against the defendant as set forth in the Indictment/Information/Complaint/Petition on Supervised Release filed in this matter and the defendant is currently in the temporary custody of the United States due to these criminal charges.

In the event a trial or other disposition is not had on these federal criminal charges prior to the defendant's return to state custody, the charges must be dismissed with prejudice pursuant to Article IV(e) of the Interstate Agreement on Detainers Act (18 USC App. 2).

IAD WAIVER                                                                                              PAGE1

I, the defendant in the above-captioned case, have been advised of my right under Article IV(e) to remain in federal custody pending disposition of the charges in this case, including the right to have these charges dismissed with prejudice should I be returned to my place of imprisonment in the State of Idaho.

I understand these rights, and I hereby waive these rights and request to be returned to state custody.

I further understand that by so agreeing, and waiving these rights, I may be returned to the original place of my imprisonment as deemed necessary, and that the Indictment/Information/Complaint/Petition on Supervised Release currently pending in the United States District Court for the District of Idaho will not be dismissed.

_____
Defendant

_____
Attorney for Defendant

Date: 2-5-18

Date: Feb. 5, 2018