Craig H. Durham
FERGUSON DURHAM, PLLC
223 N. 6th Street, Suite 325
Boise, Idaho 83702
Telephone: (208)-345-5183
Facsimile: (208)-906-8663
chd@fergusondurham.com
ISB No. 6428

Attorney for Defendant

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>RAUL EFRAIN LOPEZ, JR.,<br><br>　　　　Defendant. | Case No. 1:18-CR-00018-EJL<br><br>**UNOPPOSED MOTION TO CONTINUE TRIAL SETTING** |

Defendant Raul Efrain Lopez, Jr., by and through counsel, Craig H. Durham, moves the Court for an order continuing the first trial setting of April 10, 2018. This motion is based on the attached declaration of counsel, setting forth the reasons why Mr. Lopez is seeking the continuance.

MOTION TO CONTNUE - 1

Mr. Lopez respectfully requests that the Court continue the trial for not less than 60 days from April 10, 2018. He further requests that the deadline for filing pretrial motions also be reset.

Should the parties resolve this case prior to any new trial setting, the undersigned will notify the Court, so it can adjust its calendar accordingly.

Dated this 28th day of February 2018.

        Respectfully submitted,

        <u>/s/ Craig H. Durham</u>
        Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that, on February 28, 2018, a true and correct copy of this Motion to Continue was served on all parties named below through the Court's CM/ECF system:

Francis Zabari
Frank.Zabari@usdoj.gov

Attorney for the United States

/s/Craig H. Durham