<u>**CRIMINAL PROCEEDINGS**</u> -  **Change of Plea**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

Judge: Edward J. Lodge                                     Date: April 12, 2018
Case No. 18-CR-00018-EJL-1                          Courtroom Deputy:   Sherri O'Larey
Time: 10:33  - 10:52 a.m.                                Court Reporter:   Lisa Yant
Location: Boise , Idaho

**UNITED STATES OF AMERICA vs** Raul Efrain Lopez, Jr.

      Counsel for     United States: Frank Zebari
                             Defendant: Craig Durham, CJA Counsel
                             Interpreter: not needed

The Court noted for the record that the Court has been advised  the defendant will be entering a plea of guilty to count 1 of the Indictment, including forfeiture allegations.  The Government will move to dismiss count 2 of the indictment at that time of sentencing.
Defendant - Sworn
Defendant found competent to enter a knowing and voluntary plea and is satisfied with representation and his attorney's advise.
Counsel for the Government stated for the record the elements and evidence of the charge.   The defendant  understands the maximum penalties and elements of the charge and agree with Mr. Zebari's statement as to the factual elements.
Defendant's Constitutional Rights explained and defendant stated he understood his rights.
Each of Counsel agreed with the maximum penalties as stated by the Court.
Defendant and counsel advise the change of plea is knowledgeable and voluntary,  have discussed potential defenses and understand the rights which are being given up  and enter a plea of guilty to count 1 of the Indictment and agrees to the forfeiture allegation.

**Plea accepted.  Sentencing set before Judge Edward J. Lodge:**   July 10,  2018 at 1:30 p.m.
    Court ordered a presentence investigation report.
        Original report to Counsel: May 29, 2018
        Notification of Objections: June 12, 2018
        Final Report Due: June 26,  2018

Letters for the Court's consideration should be submitted to the Probation Officer along with any Objections.  In the exceptional case where letters are not provided to the Probation Officer before the filing of the final PSR, counsel must file the letters with the Court and such letters must be filed no later than seven (7) days prior to the date of sentencing.

Sentencing memoranda shall be filed no later than seven (7) days prior to the date of sentencing.  If the memoranda contains information that is sensitive or private, then the filing party must file the sentencing memoranda under seal.  The filing party must provide the basis for filing the memoranda under seal either in the memoranda itself or in a separate motion to seal.

Counsel shall advise the courtroom deputy at least fourteen(14) days prior to the date of sentencing if a sentencing hearing is expected to last longer than one hour.

Defendant remanded to the custody of the U.S. Marshal.