IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>RAUL EFRAIN LOPEZ JR., A/K/A GREMLIN, A/K/A GRIM EFRAIN LOPEZ JR. | Case No.: 18-CR-018-EJL<br><br>**APPLICATION FOR WRIT OF HABEAS CORPUS** |

U.S. MARSHAL District of Idaho
JAN 19 2018
RECEIVED
U.S. COURTS
JUL 13 2018
Filed_____Time_____
STEPHEN W. KENYON
CLERK DISTRICT OF IDAHO

The undersigned Assistant United States Attorney for the District of Idaho hereby makes application to the Court for the issuance of a Writ of Habeas Corpus:

(X) ad Prosequendum          ( ) ad Testificandum

Name of Detainee: Raul Efrain Lopez, Jr. #69868   IDOC (#78752)   FIB#: 1968146

Custodian: Canyon County Sheriff    City: Caldwell    State: Idaho

USMS #: 19375-023

Detainee is: (X) charged in this District by Indictment
or
( ) is a witness not otherwise available by the ordinary process of the Court.

Appearance is necessary on: February 5, 2018 at 1:00p.m.

Before: Judge Mikel H Williams
(Judicial Officer)

Dated: January 17, 2018

_____
TARA MALEK
Assistant United States Attorney

Writ of Habeas Corpus

(X) ad Prosequendum          ( ) ad Testificandum

The application is GRANTED and the above-named custodian, as well as the for this district, is hereby ORDERED to produce the named detainee on the date and time listed above, and for any further proceedings to be held in this cause. At the conclusion of these proceedings, the shall return the detainee to the above-named custodian.

Dated: January 18, 2018

_____
MIKEL H. WILLIAMS
United States Magistrate Judge

E-mailed Susan Albright - 01/19/2018

MSB

I have (personally) (duly) executed the within WDCAP by receiving the body of Raul Efrain Lopes Jr. On 01/12/2018 (Commitment Other) B/DC to IDOC (#78752) via transport bus from Ada County jail after sentencing.

Albright / MSB
Deputy U. S. Marshal